**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MISHELLE WEINGARD, | : | Case No. 2:15-cv-03097 |
| | : | |
| Plaintiff, | : | U.S. District Judge Edmund A. Sargus |
| | : | |
| -vs- | : | U.S. Magistrate Judge Elizabeth Preston |
| | : | Deavers |
| | : | |
| LEADER PROMOTIONS, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**STIPULATION TO STAY ACTION PENDING SUBMISSION OF CLAIMS TO LEADER PROMOTIONS, INC.'S MANDATORY ARBITRATION PROGRAM**

Now come the parties Leader Promotions, Inc. ("Leader" or "Defendant") and Mishelle Weingard ("Plaintiff"), by and through their undersigned counsel, and hereby submit this Agreed Order and Entry staying this action pending submission of Plaintiff's claims to Defendant's arbitration program called the Employment Resolution Program. Therefore, the parties respectfully request that this Court stay this action pending submission of Plaintiff's claims to Leader Promotions, Inc.'s Employment Resolution Program.

Respectfully submitted,

| | |
|---|---|
| *s/Kelly M. Morgan (per Email consent on 2-22-16)* | *s/Stephen S. Zashin* |
| Kelly M. Morgan (Ohio Bar No. 0010562) | Stephen S. Zashin (Ohio Bar No. 0064557) |
| MORGAN LAW OFFICES, LLC | Michele L. Jakubs (Ohio Bar No. 0071037) |
| 400 South Fifth Street | Drew C. Piersall (Ohio Bar No. 0078085) |
| Suite 102 | ZASHIN & RICH CO., L.P.A. |
| Columbus, Ohio 43215 | 17 South High Street, Suite 750 |
| Tel.: (614) 221-6837 | Columbus, OH  43215 |
| Fax: (614) 221-3817 | Tel.: (614) 224-4411 |
| kmorgan@morganlawohio.com | Fax: (614) 224-4433 |
| | ssz@zrlaw.com |
| | mlj@zrlaw.com |
| | dcp@zrlaw.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Mishelle Weingard* | *Leader Promotions, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Stipulation to Stay Action Pending Submission of Claims to Leader Promotions, Inc.'s Mandatory Arbitration Program* was served on all parties via the Court's electronic filing system on this 23rd day of February, 2016:

Kelly M. Morgan
Morgan Law Offices, LLC
400 South Fifth Street
Suite 102
Columbus, Ohio 43215
kmorgan@morganlawohio.com

*Attorney for Plaintiff*
*Mishelle Weingard*

                                              *s/Stephen S. Zashin*
                                              Stephen S. Zashin (Ohio Bar No. 0064557)

                                              *One of the Attorneys for Defendant*
                                              *Leader Promotions, Inc.*